# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-382
Lower Tribunal No. 08-20754B

_____

**Julius Latavius Simpson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Victoria S. Sigler, Senior Judge.

Julius Latavius Simpson, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, C.J., and EMAS and LOGUE, JJ.

PER CURIAM.

Affirmed. We treat this appeal as one taken from an order denying a motion for postconviction relief pursuant to Florida Rule of Criminal Procedure 3.850, and affirm the trial court's ruling below.